```
JENNIFER REBECCA WILLIAMS          AMERICAN FIRST FINANCI            CARMAX AUTO FINANCE
201 BERRYMAN RD                    P.O. BOX 565848                   PO BOX 440609
APT 62                             DALLAS, TX 75356                  KENNESAW, GA 30160-9511
VICKSBURG, MS 39180


THOMAS C. ROLLINS, JR.             ARRIVE BELLEVUE APTS              COMPLETE HEALTH PARTNE
THE ROLLINS LAW FIRM, PLLC         111 OLD HICKORY BLVD              6746 CHARLOTTE PIKE
P.O. BOX 13767                     NASHVILLE, TN 37221               NASHVILLE, TN 37209
JACKSON, MS 39236


ABOUT FACES AND BRACES             ASCENSION                         EASTMAN CREDIT UNION
7518 HWY 70 S STE A                2000 CHURCH ST                    P.O. BOX 1989
NASHVILLE, TN 37221                NASHVILLE, TN 37203               KINGSPORT, TN 37662


ADVANCE AMERICA                    ASCENT FUNDING                    EVERY MTL, LLC
322 RHETT ST                       P.O. BOX 91910                    7250 S TENAYA WAY
GREENVILLE, SC 29601               SIOUX FALLS, SD 57109             STE 100
                                                                     LAS VEGAS, NV 89113


ADVANCE FINANCIAL                  ASPEN DENTAL                      FCR SERVICES
100 OCEANSIDE DRIVE                806 W FULTON MKT                  625 THE CITY DR S
NASHVILLE, TN 37204                CHICAGO, IL 60607                 STE 370
                                                                     ORANGE, CA 92868


AFTERPAY                           AT&T                              GRID/SYNAPSE CREDIT
222 KEARNY ST #600                 C/O BANKRUPTCY                    ATTN: BANKRUPTCY
SAN FRANCISCO, CA 94103            4331 COMMUNICATIONS               101 SECOND ST
                                   FLOOR 4W                           STE 1500
                                   DALLAS, TX 75211                  SAN FRANCISCO, CA 94105


ALBERT CORPORATION                 AT&T INTEGRATED DISABI            HALSTEAD FINANCIAL
440 N BURRANCA AVE                 P.O. BOX 14627                    P.O. BOX 828
#3801                              LEXINGTON, KY 40512               SKOKIE, IL 60076
COVINA, CA 91723


ALLY BANK                          CAP1/KOHLS DEPT STORE             HELLO BRIGIT
P.O. BOX 951                       PO BOX 3115                       36 W 20TH ST
HORSHAM, PA 19044                  MILWAUKEE, WI 53201               NEW YORK, NY 10011


AMERICAN CREDIT                    CAPITAL ONE                       JAYLA WILLIAMS
ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY                  2863 GOOS CREEK DR
961 E MAIN ST, FL 2                PO BOX 30285                      APT 101
SPARTANBURG,, SC 29302             SALT LAKE CITY, UT 84130          CORDOVA, TN 38016
```

```
KATRUNDA OWENS              PLANET FITNESS              SPIRE RECOVERY SOLUTIO
106 BOURBON ST              3046 INDIANA AVE            57 CANAL STREET SUITE
PORT GIBSON, MS 39150       VICKSBURG, MS 39180         LOCKPORT, NY 14094



KLARNA                      POSSIBLE FINANCE            SPRING OAKS CAPITAL
PO BOX 8116                 ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
COLUMBUS, OH 43201          PO BOX 98686                P.O. BOX 1216
                            LAS VEGAS, NV 89193         CHESAPEAKE, VA 23327



LVNV FUNDING                PROGRESSIVE LEASING         STATE FARM
RESURGENT CAPITAL           256 W DATA DR               1 STATE FARM PLAZA
PO BOX 1269                 DRAPER, UT 84020            BLOOMINGTON, IL 61710
GREENVILLE, SC 29602



MIDLAND CREDIT MGMT         QUALIA COLLECTION SVCS      SUNRISE CREDIT SERVICE
ATTN: BANKRUPTCY            1444 N MCDOWELL BLVD        260 AIRPORT PLAZA
PO BOX 939069               PETALUMA, CA 94954          BOX 9168
SAN DIEGO, CA 92193                                     FARMINGDALE, NY 11735



MLG&W                       RADIUS GLOBAL SOLUTION      SUNRISE CREDIT SERVICES
ATTN: BANKRUPTCY            7831 GLENROY ROAD           ATTN: BANKRUPTCY
245 SOUTH MAIN ST           EDINA, MN 55439             PO BOX 9004
MEMPHIS, TN 38103                                       MELVILLE, NY 11747



MONEY LION                  RADIUS GLOBAL SOLUTION      SUNSHINE LOANS
P.O. BOX 1547               9550 REGENCY SQ             631 LUCERNE AVE
SANDY, UT 84091             STE 602                     STE 56
                            JACKSONVILLE, FL 32225      LAKE WORTH, FL 33460



NAVY FEDERAL                ROYAL FURNITURE             TRU ACCORD
PO BOX 3500                 ATTN: BANKRUPTCY            303 2ND ST
MERRIFIELD, VA 22119        930 S WHITE STATION RD      SUITE 7550 SOUTH
                            MEMPHIS, TN 38117           SAN FRANCISCO, CA 94107



PENTAGON FCU                SANITAS MEDICAL CENTER      UPGRADE, INC.
P.O. BOX 1400               2382 N GERMANTOWN PKWY      275 BATTERY ST.
ALEXANDRIA, VA 22313        STE 101                     23RD FLOOR
                            CORDOVA, TN 38016           SAN FRANCISCO, CA 94111



PINNACLE MEDICAL GROUP      SOLO FUNDS                  VANDERBILT HEALTH
345 23RD AVE N              1680 VINE ST                719 THOMPSON LAKE LN
#306                        STE 300                     SRE 30330
NASHVILLE, TN 37203         LOS ANGELES, CA 90028       NASHVILLE, TN 37204
```

```
WELLS FARGO BANK
PO BOX 5058
PORTLAND, OR 97208


WORLD FINANCE
P.O. BOX 6429
GREENVILLE, SC 29607
```