United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02938-JAW
Jennifer Rebecca Williams   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Nov 18, 2025     Form ID: 309A     Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Rebecca Williams, 201 Berryman Rd, Apt 62, Vicksburg, MS 39180-4416 |
| 5591484 | + | AT&T Integrated Disabi, P.O. Box 14627, Lexington, KY 40512-4627 |
| 5591471 | + | About Faces and Braces, 7518 Hwy 70 S Ste A, Nashville, TN 37221-1848 |
| 5591475 | + | Albert Corporation, 440 N Burranca Ave, #3801, Covina, CA 91723-1722 |
| 5591479 | + | Arrive Bellevue Apts, 111 Old Hickory Blvd, Nashville, TN 37221-2900 |
| 5591480 | + | Ascension, 2000 Church St, Nashville, TN 37236-4400 |
| 5591482 | + | Aspen Dental, 806 W Fulton Mkt, Chicago, IL 60607-1302 |
| 5591488 | + | Complete Health Partne, 6746 Charlotte Pike, Nashville, TN 37209-4204 |
| 5591490 | + | Every MTL, LLC, 7250 S Tenaya Way, Ste 100, Las Vegas, NV 89113-2175 |
| 5591492 | + | Grid/Synapse Credit, Attn: Bankruptcy, 101 Second St, Ste 1500, San Francisco, CA 94105-3656 |
| 5591494 | + | Hello Brigit, 36 W 20th ST, New York, NY 10011-4212 |
| 5591495 | + | Jayla Williams, 2863 Goos Creek Dr, Apt 101, Cordova, TN 38016-1844 |
| 5591496 | + | Katrunda Owens, 106 Bourbon St, Port Gibson, MS 39150-2270 |
| 5591516 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |
| 5591500 | + | MLG&W, Attn: Bankruptcy, 245 South Main St, Memphis, TN 38103-3915 |
| 5591504 | + | Pinnacle Medical Group, 345 23rd Ave N, #306, Nashville, TN 37203-1513 |
| 5591505 | + | Planet Fitness, 3046 Indiana Ave, Vicksburg, MS 39180-5252 |
| 5591512 | + | Sanitas Medical Center, 2382 N Germantown Pkwy, Ste 101, Cordova, TN 38016-7404 |
| 5591513 | + | Solo Funds, 1680 Vine St, Ste 300, Los Angeles, CA 90028-8852 |
| 5591514 | + | Spire Recovery Solutio, 57 Canal Street Suite, Lockport, NY 14094-2845 |
| 5591522 | + | Vanderbilt Health, 719 Thompson Lake Ln, Sre 30330, Nashville, TN 37204-4600 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Nov 18 2025 19:40:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | EDI: BENSHAFFER | Nov 19 2025 00:37:00 | Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Nov 18 2025 19:41:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5591483 | + | EDI: ATTWIREBK.COM | Nov 19 2025 00:37:00 | AT&T, c/o Bankruptcy, 4331 Communications, Floor 4W, Dallas, TX 75211-1300 |
| 5591472 | + | Email/Text: bnc@teampurpose.com | Nov 18 2025 19:41:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5591473 | + | Email/Text: bankruptcy@af247.com | Nov 18 2025 19:41:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5591474 | ^ | MEBN | Nov 18 2025 19:36:09 | Afterpay, 222 Kearny St #600, San Francisco, CA |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 94108-4509 |
| 5591476 | + | EDI: GMACFS.COM | Nov 19 2025 00:37:00 | Ally Bank, P.O. Box 951, Horsham, PA 19044-0951 |
| 5591477 | + | Email/Text: bankruptcy@acacceptance.com | Nov 18 2025 19:41:00 | American Credit, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5591478 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 19:48:59 | American First Financi, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5591481 | + | Email/Text: clientservices@turnstilecapital.com | Nov 18 2025 19:41:00 | Ascent Funding, P.O. Box 91910, Sioux Falls, SD 57109-1910 |
| 5591487 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 18 2025 19:41:00 | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 5591485 | + | EDI: CAPITALONE.COM | Nov 19 2025 00:37:00 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5591486 | + | EDI: CAPITALONE.COM | Nov 19 2025 00:37:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5591489 | + | Email/Text: ecuasset@ecu.org | Nov 18 2025 19:41:00 | Eastman Credit Union, P.O. Box 1989, Kingsport, TN 37662-1989 |
| 5591491 | | Email/Text: accountmanagement@fedchex.com | Nov 18 2025 19:40:00 | FCR Services, 625 The City Dr S, Ste 370, Orange, CA 92868 |
| 5591493 | | Email/Text: reports@halstedfinancial.com | Nov 18 2025 19:41:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 5591497 | | Email/Text: customerservice.us@klarna.com | Nov 18 2025 19:41:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5591498 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 19:48:54 | LVNV Funding, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5591519 | | Email/Text: info@sunshineloans.com | Nov 18 2025 19:41:00 | Sunshine Loans, 631 Lucerne Ave, Ste 56, Lake Worth, FL 33460 |
| 5591499 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 19:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5591501 | + | Email/Text: bankruptcy@moneylion.com | Nov 18 2025 19:41:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5591502 | + | EDI: NFCU.COM | Nov 19 2025 00:38:00 | Navy Federal, PO Box 3500, Merrifield, VA 22119-3500 |
| 5591506 | | Email/Text: bankruptcy@possiblefinance.com | Nov 18 2025 19:40:00 | Possible Finance, Attn: Bankruptcy, Po Box 98686, Las Vegas, NV 89193 |
| 5591503 | + | Email/Text: bkrgeneric@penfed.org | Nov 18 2025 19:40:00 | Pentagon FCU, P.O. Box 1400, Alexandria, VA 22313-1400 |
| 5591507 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 18 2025 19:41:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5591508 | + | Email/Text: clientrelations@optiosolutions.com | Nov 18 2025 19:41:00 | Qualia Collection Svcs, 1444 N McDowell Blvd, Petaluma, CA 94954-6515 |
| 5591511 | | Email/Text: bankruptcy@royalfurniture.com | Nov 18 2025 19:41:00 | Royal Furniture, Attn: Bankruptcy, 930 S White Station Rd, Memphis, TN 38117 |
| 5591509 | + | Email/Text: ngisupport@radiusgs.com | Nov 18 2025 19:41:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 5591510 | + | Email/Text: ngisupport@radiusgs.com | Nov 18 2025 19:41:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 5591515 | | Email/Text: bankruptcy@springoakscapital.com | Nov 18 2025 19:40:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5591517 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 18 2025 19:41:00 | Sunrise Credit Service, 260 Airport Plaza, Box 9168, Farmingdale, NY 11735-3946 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: 309A | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 5591518 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 18 2025 19:41:00 | Sunrise Credit Services, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5591520 | + | Email/Text: media@trueaccord.com | Nov 18 2025 19:41:00 | Tru Accord, 303 2nd St, Suite 7550 South, San Francisco, CA 94107-1366 |
| 5591521 | | Email/Text: bknotice@upgrade.com | Nov 18 2025 19:40:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San Francisco, CA 94111 |
| 5591523 | + | EDI: WFCCSBK | Nov 19 2025 00:37:00 | Wells Fargo Bank, PO Box 5058, Portland, OR 97208-5058 |
| 5591524 | + | Email/Text: bk@worldacceptance.com | Nov 18 2025 19:41:53 | World Finance, P.O. Box 6429, Greenville, SC 29606-6429 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025                    Signature:    /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
### United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Jennifer Rebecca Williams** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4482** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi <br> Case number:  **25–02938–JAW** | | Date case filed for chapter  **7**   **11/18/25** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jennifer Rebecca Williams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 201 Berryman Rd <br> Apt 62 <br> Vicksburg, MS 39180 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eileen N. Shaffer <br> P.O. Box 1177 <br> Jackson, MS 39215–1177 | Contact phone 601–969–3006 <br> Email eshaffer@eshaffer–law.com |

**For more information, see page 2 >**

Debtor **Jennifer Rebecca Williams**     Case number **25–02938–JAW**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 11/18/25** |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 17, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Eileen N. Shaffer**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 905 950 7847 and Passcode 8931265934 , OR call 769–215–5931.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/17/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**     page **2**