Certificate Number: 17082-MSS-DE-040365663

Bankruptcy Case Number: 25-02938



17082-MSS-DE-040365663

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2025, at 2:24 o'clock PM MST, JENNIFER R WILLIAMS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 1, 2025          By:   /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:   Executive Director