United States Bankruptcy Court
Southern District of Mississippi

In re:                                                        Case No. 25-02938-JAW
Jennifer Rebecca Williams                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                           Page 1 of 3
Date Rcvd: Feb 19, 2026                     Form ID: 318                                      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer Rebecca Williams, 201 Berryman Rd, Apt 62, Vicksburg, MS 39180-4416 |
| 5591484 | + | AT&T Integrated Disabi, P.O. Box 14627, Lexington, KY 40512-4627 |
| 5591471 | + | About Faces and Braces, 7518 Hwy 70 S Ste A, Nashville, TN 37221-1848 |
| 5591475 | + | Albert Corporation, 440 N Burranca Ave, #3801, Covina, CA 91723-1722 |
| 5591478 | + | American First Financi, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5591479 | + | Arrive Bellevue Apts, 111 Old Hickory Blvd, Nashville, TN 37221-2900 |
| 5591480 | + | Ascension, 2000 Church St, Nashville, TN 37236-4400 |
| 5591482 | + | Aspen Dental, 806 W Fulton Mkt, Chicago, IL 60607-1302 |
| 5591488 | + | Complete Health Partne, 6746 Charlotte Pike, Nashville, TN 37209-4204 |
| 5591490 | + | Every MTL, LLC, 7250 S Tenaya Way, Ste 100, Las Vegas, NV 89113-2175 |
| 5591492 | + | Grid/Synapse Credit, Attn: Bankruptcy, 101 Second St, Ste 1500, San Francisco, CA 94105-3656 |
| 5591494 | + | Hello Brigit, 36 W 20th ST, New York, NY 10011-4212 |
| 5591495 | + | Jayla Williams, 2863 Goos Creek Dr, Apt 101, Cordova, TN 38016-1844 |
| 5591496 | + | Katrunda Owens, 106 Bourbon St, Port Gibson, MS 39150-2270 |
| 5591516 | ++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961 address filed with court:, State Farm, 1 State Farm Plaza, Bloomington, IL 61710 |
| 5591500 | + | MLG&W, Attn: Bankruptcy, 245 South Main St, Memphis, TN 38103-3915 |
| 5591504 | + | Pinnacle Medical Group, 345 23rd Ave N, #306, Nashville, TN 37203-1513 |
| 5591505 | + | Planet Fitness, 3046 Indiana Ave, Vicksburg, MS 39180-5252 |
| 5591512 | + | Sanitas Medical Center, 2382 N Germantown Pkwy, Ste 101, Cordova, TN 38016-7404 |
| 5591513 | + | Solo Funds, 1680 Vine St, Ste 300, Los Angeles, CA 90028-8852 |
| 5591514 | + | Spire Recovery Solutio, 57 Canal Street Suite, Lockport, NY 14094-2845 |
| 5591522 | + | Vanderbilt Health, 719 Thompson Lake Ln, Sre 30330, Nashville, TN 37204-4600 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5591483 | + | EDI: ATTWIREBK.COM | Feb 20 2026 00:51:00 | AT&T, c/o Bankruptcy, 4331 Communications, Floor 4W, Dallas, TX 75211-1300 |
| 5591472 | + | Email/Text: bnc@teampurpose.com | Feb 19 2026 19:58:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5591473 | + | Email/Text: bankruptcy@af247.com | Feb 19 2026 19:59:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5591474 | ^ | MEBN | Feb 19 2026 19:54:05 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5591476 | + | EDI: GMACFS.COM | Feb 20 2026 00:51:00 | Ally Bank, P.O. Box 951, Horsham, PA 19044-0951 |
| 5591477 | + | Email/Text: bankruptcy@acacceptance.com | Feb 19 2026 19:58:00 | American Credit, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 5591478 | + | EDI: JCAFF | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 318 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 20 2026 00:51:00 | American First Financi, P.O. Box 565848, Dallas, TX 75356-5848 |
| 5591481 | + | Email/Text: clientservices@turnstilecapital.com | | |
| | | | Feb 19 2026 19:58:00 | Ascent Funding, P.O. Box 91910, Sioux Falls, SD 57109-1910 |
| 5591487 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | | |
| | | | Feb 19 2026 19:58:00 | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 5591485 | + | EDI: CAPITALONE.COM | | |
| | | | Feb 20 2026 00:51:00 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5591486 | + | EDI: CAPITALONE.COM | | |
| | | | Feb 20 2026 00:51:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5591489 | + | Email/Text: ecuasset@ecu.org | | |
| | | | Feb 19 2026 19:58:00 | Eastman Credit Union, P.O. Box 1989, Kingsport, TN 37662-1989 |
| 5591491 | | Email/Text: accountmanagement@fedchex.com | | |
| | | | Feb 19 2026 19:58:00 | FCR Services, 625 The City Dr S, Ste 370, Orange, CA 92868 |
| 5591493 | | Email/Text: reports@halstedfinancial.com | | |
| | | | Feb 19 2026 19:58:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 5591497 | | Email/Text: customerservice.us@klarna.com | | |
| | | | Feb 19 2026 19:58:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5591498 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 19 2026 20:03:29 | LVNV Funding, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5591519 | | Email/Text: info@sunshineloans.com | | |
| | | | Feb 19 2026 19:58:00 | Sunshine Loans, 631 Lucerne Ave, Ste 56, Lake Worth, FL 33460 |
| 5591499 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 19 2026 19:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5591501 | + | Email/Text: bankruptcy@moneylion.com | | |
| | | | Feb 19 2026 19:59:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5591502 | + | EDI: NFCU.COM | | |
| | | | Feb 20 2026 00:51:00 | Navy Federal, PO Box 3500, Merrifield, VA 22119-3500 |
| 5591506 | | Email/Text: bankruptcy@possiblefinance.com | | |
| | | | Feb 19 2026 19:58:00 | Possible Finance, Attn: Bankruptcy, Po Box 98686, Las Vegas, NV 89193 |
| 5591503 | + | Email/Text: bkrgeneric@penfed.org | | |
| | | | Feb 19 2026 19:58:00 | Pentagon FCU, P.O. Box 1400, Alexandria, VA 22313-1400 |
| 5591507 | + | Email/Text: ecfbankruptcy@progleasing.com | | |
| | | | Feb 19 2026 19:58:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5591508 | + | Email/Text: clientrelations@optiosolutions.com | | |
| | | | Feb 19 2026 19:58:00 | Qualia Collection Svcs, 1444 N McDowell Blvd, Petaluma, CA 94954-6515 |
| 5591511 | | Email/Text: bankruptcy@royalfurniture.com | | |
| | | | Feb 19 2026 19:58:00 | Royal Furniture, Attn: Bankruptcy, 930 S White Station Rd, Memphis, TN 38117 |
| 5591509 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Feb 19 2026 19:58:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 5591510 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Feb 19 2026 19:58:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 5591515 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Feb 19 2026 19:58:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5591517 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Feb 19 2026 19:58:00 | Sunrise Credit Service, 260 Airport Plaza, Box 9168, Farmingdale, NY 11735-3946 |
| 5591518 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Feb 19 2026 19:58:00 | Sunrise Credit Services, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5591520 | + | Email/Text: media@trueaccord.com | | |
| | | | Feb 19 2026 19:59:00 | Tru Accord, 303 2nd St, Suite 7550 South, San Francisco, CA 94107-1366 |
| 5591521 | | Email/Text: bknotice@upgrade.com | | |
| | | | Feb 19 2026 19:58:00 | Upgrade, Inc., 275 Battery St., 23rd Floor, San |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 318 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 5591523 | + EDI: WFCCSBK | | Francisco, CA 94111 | |
| | | Feb 20 2026 00:51:00 | Wells Fargo Bank, PO Box 5058, Portland, OR 97208-5058 | |
| 5591524 | + Email/Text: bk@worldacceptance.com | Feb 19 2026 19:58:00 | World Finance, P.O. Box 6429, Greenville, SC 29606-6429 | |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

**Name** | **Email Address**

Eileen N. Shaffer
eshaffer@eshaffer-law.com ms04@ecfcbis.com

Thomas Carl Rollins, Jr
on behalf of Debtor Jennifer Rebecca Williams trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Jennifer Rebecca Williams** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4482** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **25–02938–JAW** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Jennifer Rebecca Williams**

Dated: 2/19/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**